UNITED STATES of America,
Plaintiff-Appellee,

v.

Ricky Lee HOLLOWAY, a/k/a Eight,
Defendant-Appellant.

No. 17-6395

United States Court of Appeals,
Fourth Circuit.

Submitted: August 17, 2017

Decided: August 21, 2017

Ricky Lee Holloway, Appellant Pro Se. David Ira Salem, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before KEENAN, THACKER, and HARRIS, Circuit Judges.

---

Burrell the opportunity to amend his complaint. *Cf. Goode*, 807 F.3d at 629-30.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Lee Holloway appeals the district court's order denying relief on his motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Holloway,* No. 8:13-cr-00525-RWT-2 (D. Md. Feb. 24, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*